E-FILED
Friday, 03 April, 2020  12:53:55 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### OFFICE OF THE CLERK
#### TEL: 217.492.4020
#### FAX: 217.492.4028

**April 3, 2020**

Champaign County Jail
Attn: Trust Fund Dept.
204 E. Main St.
Urbana, IL 61802
Re: **D'Angelis Chambers**
Case No.: 20-2083

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. D'Angelis Chambers**.   In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Mr. D'Angelis Chambers'** trust fund ledgers for the period **of October 3, 2019 through April 3, 2020**, within fourteen days of the date of this letter.   Please mail or fax the trust fund ledgers to:

> United States District Court
> Central District of Illinois
> 131 E. 4th Street
> Davenport, IA 52801
> FAX: 309-793-5878

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

> Sincerely,
> s/ Shig Yasunaga
> Shig Yasunaga
> Clerk, U.S. District Court

cc: Inmate

---

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
| --- | --- | --- | --- |
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | (Temporarily relocated for mail and |
| Room 305 | Room 218 | Room 151 | hearings to): |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | 131 E. 4th Street, Rm 250 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | Davenport, IA 52801 309.793.5778 |